# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 12, 2025

Lyle W. Cayce
Clerk

―――――――――

No. 25-20031
Summary Calendar

―――――――――

United States of America,

*Plaintiff—Appellee*,

*versus*

Yosniel Fuentes Munoz,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-175-1

―――――――――――――――――――――

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Appealing the sentence imposed after revocation of his term of supervised release, Yosniel Fuentes Munoz maintains that the written revocation judgment conflicts with the oral pronouncement of sentence. In particular, Fuentes Munoz reasons as follows: An immigration condition in the judgment conflicts with the district court's oral pronouncement of sentence; the condition should be vacated; and the case should be remanded for reforma-

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20031

tion of the judgment. Because Fuentes Munoz had no opportunity to object, we review for abuse of discretion. *See United States v. Martinez*, 987 F.3d 432, 434–35 (5th Cir. 2021).

The purported conflict is, at best, an ambiguity "that can be resolved by looking to [the] entire record to determine the sentencing court's intent in imposing the condition." *United States v. Pelayo-Zamarripa*, 81 F.4th 456, 460 (5th Cir. 2023). The record indicates that, in imposing the condition, the court intended to ensure that Fuentes Munoz "complied with the relevant immigration laws." *Id.* Accordingly, we discern no abuse of the court's discretion. *See id*. at 459–60; *Martinez*, 987 F.3d at 434–35.

AFFIRMED.